# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-07-00403-CV

**Rodger Pierce a/k/a Roger Pierce, Appellant**

**v.**

**Mark Edwards d/b/a The Austin Edwards Company and
The Austin Edwards Construction Company et al., Appellees**

### FROM THE DISTRICT COURT OF TRAVIS COUNTY, 98TH JUDICIAL DISTRICT
### NO. GN504202, HONORABLE STEPHEN YELENOSKY, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Appellant Rodger Pierce a/k/a Roger Pierce has filed an unopposed motion seeking

dismissal of his appeal. We grant the motion and dismiss the appeal. *See* Tex. R. App. P. 42.1(a)(1).

_____

Jan P. Patterson, Justice

Before Justices Patterson, Puryear and Pemberton

Dismissed on Appellant's Motion

Filed: August 17, 2007